**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| GIULIANO MIGUEL GUTIERREZ ZAPPATERRA, Petitioner, | § § § | Civil Action No. 3:26-cv-00122-DB |
| v. | § § | |
| KRISTI NOEM, Secretary of Homeland Security, et al., Respondents. | § § | |

**ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On this day the Court considered Petitioner's Motion for Voluntary Dismissal Without Prejudice, ECF No. 18. After due consideration, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice, ECF No. 18, is GRANTED.

IT IS FURTHER ORDERED that this action, including the Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED that all pending motions in this action, including ECF Nos. 12, 16, and 17, are DENIED AS MOOT, and that any interlocutory relief entered in this action is DISSOLVED.

SIGNED this 20th day of August 2026.

**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**